## Case No. 4,517.

ERIKO et al. v. BOMFORD et al.

[1 Hayw. & H. 261.][1]

Circuit Court, District of Columbia. May 17, 1847.

The COURT must therefore overrule the motion to order the names of Messrs. Fendall and Bradley to be stricken off the docket in the cases of the Eriko branch of the heirs of Gen. Kosciusko, and it is ordered that Mr. Tochman have leave to take from the clerk's office all the papers which he has produced and offered to file in support of his motion.